UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Criminal No. 07-313 (DRD) |
| ODING DILL | : | ORDER |
| | : | |

This matter having come before the Court on the application of Patricia Rivera, Esq., attorney for defendant Oding Dill, and Christopher J. Christie, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing) for an order extending the date on which defendant Oding Dill is to surrender to the Bureau of Prisons, and for good cause shown,

IT IS, therefore, on this 24th day of October, 2008,

ORDERED that the date on which defendant Oding Dill must surrender to the Bureau of Prisons is extended from October 27, 2008 to November 17, 2008.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

Form and entry consented to:

_____
JONATHAN W. ROMANKOW
Assistant U.S. Attorney

_____
PATRICIA RIVERA, ESQ.
Attorney for Defendant Oding Dill